| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C.<br>10/1/2020/lc | Criminal Docket |

M-20-1895-M

__McALLEN__ Division   CR. No. __M-20-1675__

**INDICTMENT**   Filed: October 7, 2020   Judge: __RANDY CRANE__

County: Hidalgo
Lions #: **2020R11078**

Attorneys:

UNITED STATES OF AMERICA   RYAN K. PATRICK, UNITED STATES ATTORNEY

v.   KRISTINA PEKKALA, ASST. U.S. ATTORNEY

GILBERTO MOLINA   Ct. 1   Michelle Lynette Taylor, FPD, (956) 630-2995
*Custody: 9/18/2020*
ALFREDO GONZALEZ   Ct. 1   Roel Esquivel, Apt'd, (956) 630-2995
also known as "Chino"
*Custody: 9/18/2020*
ALVARO RODRIGUEZ   Ct. 1   Armando P. Duran, Apt'd, (956) 630-2995
*Custody: 9/18/2020*

Charge(s):   Ct. 1:   Kidnapping.
Title 18, United States Code, Section 1201(c)

Total Counts
**(1)**

Penalty:   Ct. 1:   Imprisonment for any term of years or for life.

Agency:   Federal Bureau of Investigation – Kyle O Neal - 256C-SA-3317539

Date   Proceedings