**STATE OF TEXAS** §

**COUNTY OF HIDALGO** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Gilberto Molina, who after being duly sworn stated:

"My name is Gilberto Molina. I have read the foregoing Motion and swear that all of the allegations of fact contained therein are true and correct."

Gilberto Molina
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on March 31, 2022, to certify which witness my hand and seal of office.

STEPHANIE ANN TOVAR
Notary Public, State of Texas
Comm. Expires 07-26-2022
Notary ID 125651080

Notary Public, State of Texas