# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **7:20-cr-01675** |
| | § | |
| **GILBERTO MOLINA** | § | |

---

## ORDER ON DEFENDANT GILBERTON MOLINA'S
## MOTION TO SUPPRESS

---

Defendant Gilberto Molina's, Motion to Suppress is hereby:

_____ GRANTED


_____ DENIED

Signed on this the ____ day of _____, 2022.


_____
UNITED STATES DISTRICT JUDGE