# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

### CRIMINAL NO. 7:20-cr-01675

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § § § § § § § § | Judge: <u>RANDY CRANE</u> |
| | | Courtroom Deputy: <u>Delia Rodriguez</u> |
| | | Court Reporter: <u>Ricardo Rodriguez</u> |
| vs. | | Proceeding: <u>Jury Trial</u> |
| | | Date: <u>April 11, 2022</u> |
| | | Exhibit List of: <u>Defendant</u> |
| **GILBERTO MOLINA** | | Attorney: <u>Carlos A. Garcia</u> |

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | **Photograph of Jesus Esteban Alvarado Reyes AKA "El Tigre"** | | | | | |
| 2 | **Judgement in Criminal Case 1:14CR00011-002** | | | | | |
| 3 | **Judgment in Criminal Case 7:95-cr-0036-3** | | | | | |
| 4 | **Phone Logs Photo between Molina & Alvarado** | | | | | |
| 5 | **Photograph of GMC vehicle** | | | | | |
| 6 | **Photograph of Vehicle** | | | | | |
| 7 | **Photograph of Vehicle** | | | | | |
| 8 | **Photograph of Vehicle** | | | | | |
| 9 | **Photograph of Vehicle** | | | | | |
| 10 | **Photograph of Payne Weslaco Motors** | | | | | |
| 11 | **Map of Payne Weslaco Motors** | | | | | |
| 12 | **Photograph of La Reserva LTD** | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Photograph of Hidalgo County Tax Assessor's Office | | | | | |
| 14 | Form for Transfer of Vehicle Title State of Texas | | | | | |
| 15 | Form for Authorization of Vehicle Registration | | | | | |
| 16 | Hidalgo County Document No: 3016235 Warranty Deed | | | | | |
| 17 | Hidalgo County Document No: 3159058 Earnest Money Contract | | | | | |
| 18 | Hidalgo County Document No: 3162102 Special Warranty Deed | | | | | |
| 19 | Hidalgo County Document No: 3171567 Special Warranty Deed | | | | | |
| 20 | Hidalgo County Document No: 3171568 Notice of Buyers Termination of Contract | | | | | |
| 21 | Hidalgo County Document No: 3171304 Not Same Person Affidavit | | | | | |
| 22 | Hidalgo County Document No: 3171305 General Warranty Deed | | | | | |
| 23 | Hidalgo County Document No: 3180418 General Warranty Deed | | | | | |
| 24 | Hidalgo County Document No: 3216887 Deed of Trust, Security Agreement & Financing Statement | | | | | |
| 25 | Hidalgo County Document No: 3216888 Assignment of Rents & Leases | | | | | |
| 26 | Hidalgo County Document No: 2824175 Quitclaim Deed | | | | | |
| 27 | Hidalgo County Document No: 2952323 Deed Without Warranty | | | | | |
| 28 | Hidalgo County Document No: 2952321 Designation of Homestead | | | | | |
| 29 | Hidalgo County Document No: 2952324 Deed of Trust | | | | | |
| 30 | Hidalgo County Document No: 3008501 General Warranty Deed | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | **Hidalgo County Document No: 3012949 Modification & Extension Agreement** | | | | | |
| 32 | **Hidalgo County Document No: 3018431 Deed of Trust, Assignment of Leases & Rents, Fixture Filing, & Security Agreement** | | | | | |
| 33 | **Hidalgo County Document No: 3108901 Special Warranty Deed & Vendor's Lien** | | | | | |
| 34 | **Hidalgo County Document No: 3108902 Deed of Trust** | | | | | |
| 35 | **Hidalgo County Document No: 3100213 Warranty Deed in Lieu of Foreclosure** | | | | | |
| 36 | **Hidalgo County Document No: 3240750 Release of Lien** | | | | | |
| 37 | **Hidalgo County Document No: 3240751 Release of Lien** | | | | | |
| 38A | **Mission Police Department Officer V. Cedillo's Business Card 20-26856** | | | | | |
| 38B | **Mission Police Department Incident Report 2020 - 00026856** | | | | | |
| 39 | **Mission Police Department 2020 - 00016669** | | | | | |
| 40 | **Weslaco Police Department Number 2020019526** | | | | | |
| 41 | **Text Message From Alvarado to Molina 9/8/2020** | | | | | |
| 42 | **Photo of Lot 82, Sharyland Orchards Subdivision** | | | | | |
| 43 | **Photo of Lot 82, Sharyland Orchards Subdivision** | | | | | |
| 44 | **Photo of Lot 82, Sharyland Orchards Subdivision** | | | | | |
| 45 | **Photo of Lot 82, Sharyland Orchards Subdivision** | | | | | |
| 46 | **Photo of Lot 82, Sharyland Orchards Subdivision** | | | | | |
| 47 | **Map of Lot 82, Sharyland Orchards Subdivision** | | | | | |
| 48 | **Photo of Alvarado at Lot 82, Sharyland Orchards Subdivision** | | | | | |
| 49 | **Photo of Alvarado at Lot 82, Sharyland Orchards** | | | | | |

|    | Subdivision |  |  |  |  |  |
|----|---|---|---|---|---|---|
| 50 | **Photo of Alvarado at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 51 | **Photo of Alvarado at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 52 | **Photo of Alvarado at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 53 | **Photo of Alvarado at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 54 | **Video of Alvarado at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 55 | **Video of Alvarado at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 56 | **Photo of Broken Door at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 57 | **Photo of Tires at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 58 | **Photo of Tools at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 59 | **Photo of Battery Charger at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 60 | **Photo of miscellaneous items at Lot 82, Sharyland Orchards Subdivision** |  |  |  |  |  |
| 61 | **Photograph of Gomdel Transport LLC – Vehicle** |  |  |  |  |  |
| 62 | **Photograph of Gomdel Transport LLC – Vehicle** |  |  |  |  |  |
| 63 | **Photograph of Gomdel Transport LLC – Business** |  |  |  |  |  |
| 64 | **Photograph of Gomdel Transport LLC – Business** |  |  |  |  |  |
| 65 | **Photograph of Gomdel Transport LLC Business** |  |  |  |  |  |
| 66 | **Photograph of Gomdel Transport LLC – Registered Agent** |  |  |  |  |  |
| 67 | **Gomdel Transport LLC – Secretary of State Filings** |  |  |  |  |  |

| 68 | Photograph of Alvarado Home | | | | | |
|---|---|---|---|---|---|---|
| 69 | Photograph of Alvarado Home | | | | | |
| 70 | Photograph of Alvarado Home | | | | | |
| 71 | Map of Alvarado Home | | | | | |
| 72 | Map of Alvarado Home | | | | | |
| 73 | Photograph of Alvarado Ranch | | | | | |
| 74 | Photograph of Alvarado Ranch | | | | | |
| 75 | Photograph of Alvarado Ranch | | | | | |
| 76 | Map of Alvarado Ranch | | | | | |
| 77 | Map of Alvarado Ranch | | | | | |
| 78 | Map of Alvarado Ranch | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **92** | | | | | | |
| **93** | | | | | | |
| **94** | | | | | | |
| **95** | | | | | | |
| **96** | | | | | | |
| **97** | | | | | | |
| **98** | | | | | | |
| **99** | | | | | | |
| **100** | | | | | | |
| **101** | | | | | | |
| **102** | | | | | | |
| **103** | | | | | | |
| **104** | | | | | | |
| **105** | | | | | | |
| **106** | | | | | | |
| **107** | | | | | | |
| **108** | | | | | | |
| **109** | | | | | | |
| **110** | | | | | | |
| **111** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |